UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16 CR 157 AGF / DDN |
| | ) | |
| SHAUN R. HAYES, | ) | |
| MICHAEL H. LITZ, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER EXTENDING TIME TO FILE PRETRIAL MOTIONS**

**IT IS HEREBY ORDERED** that the motions of defendants for additional time to obtain and review discovery materials and to determine whether pretrial motions are to be filed, or a waiver thereof (ECF. No. 72, 74) is sustained.

**IT IS FURTHER ORDERED that all defendants shall have an extension of time until December 1, 2016, to file pretrial motions or the waiver thereof.**

For the reasons set forth in the scheduling order issued by the court and the instant motion,

**IT IS FURTHER ORDERED** that the time from the date of arraignment of defendant to the date pretrial motions or the waiver thereof are to be filed is excluded from computation of the latest date for the trial setting as prescribed by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing is reset to **Wednesday, December 14, 2016, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that defendant Hayes's motion for leave to file his motion for an extension out of time (ECF No. 73) is sustained.

/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on September 6, 2016.