58169

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAUN R. HAYES et al. <br><br> Defendants. | **Case No.: 4:16-cr-157-AGF DDN** |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SHAUN R. HAYES

COMES NOW the undersigned counsel, and moves this Honorable Court for an order permitting counsel to withdraw as the attorney for Defendant Shaun R. Hayes.

In support of this Motion, movant states that irreconcilable differences have arisen between client, that said differences have created a conflict of interest between client and counsel which cannot be resolved.

WHEREFORE, counsel prays this Honorable Court for an Order granting him leave to withdraw from this case.

/s/ Karl W. Dickhaus

58169

          Respectfully Submitted,

          **THE GUSDORF LAW FIRM, LLC**

          /s/ Karl W. Dickhaus
          Karl W. Dickhaus, MO47951
          9666 Olive Blvd., Ste. 211
          St. Louis, Missouri 63132
          Telephone (314) 942-6571
          Facsimile   (314) 942-6570
          E-Mail: kdickhaus@attystl.com
          Attorneys for Defendant
          Shaun R. Hayes
          Our File No. 58169

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties of record via this Court's electronic filing system, including without limitation the United States Attorney, this 5th day of March, 2017, with a copy delivered via U.S. Mail, First Class Postage Pre-Paid to Defendant Shaun R. Hayes at the address on file with the office of Pre-Trial Services for the Eastern District of Missouri.

          /s/ Karl W. Dickhaus